JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS WRIGHT ) <br> ) <br> **Plaintiff(s),** ) <br> ) <br> v. ) <br> ) <br> NORTH SHORE AGENCY INC., ET. ) <br> AL., ) <br> ) <br> **Defendant(s).** ) <br> ) <br> _____ ) | **CASE NO.** SA CV07-1308-DOC(RNBx) <br><br> **ORDER DISMISSING ACTION** |

The Court is receipt of response letter in response to the Court's Order to Show Cause re: Dismissal issued February 10, 2009. Court accepts the informal letter requesting that the action be dismissed.

Accordingly, the Court hereby dismisses the above-entitled action in its entirety.

IT IS SO ORDERED

DATED: February 20, 2009

_____
U.S. DISTRICT JUDGE DAVID O. CARTER